IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00338-005FL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CANAAN WYNDER, ) | ORDER TO UNSEAL |
| ) | |
| Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| USAA FEDERAL SAVINGS BANK, ) | |
| ) | |
| Garnishee. ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #341], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #345, 345-1], and the Answer of Garnishee [D.E. #346] in the above-captioned case be unsealed.

This the 12th day of March, 2019.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE